UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV - 9 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>HECTOR ROSALES-TRUJILLO (02),<br><br>                   Defendant. | CASE NO. 91CR1166-AJB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  the Court has dismissed the case for unnecessary delay; or

__X__  of the offense(s) as charged in the Indictments:

      21:841(a)(1), 846 -Conspiracy to manufacture Methamphetamine
      21:841(a)(1),18:2 aid & abet -Manufacture of Methamphetamine
      21:856(a)(2),846 -Consp to establish a place for a drug operation
      21:856(a)(2),18:2 aid & abet establishment of a place for a drug operation
      18:1956(a)(1)(A)(i),18:2 aid & abet money laundering
      26:7206 - Subscribing to a false tax return

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/17/11

                                      ANTHONY J. BATTAGLIA
                                      UNITED STATES DISTRICT JUDGE